IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NATIVE ECOYSTEMS COUNCIL *et al.*,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>WILLIAM MULHOLLAND, *et al.*,<br><br>            Defendants,<br><br>    and<br><br>AMERICAN FOREST RESOURCE COUNCIL,<br><br>            Defendant-<br>Intervenors. | CV 25–114–M–DLC<br><br><br>ORDER |

Before the Court are Defendant Intervenors' motions for the admission of attorneys Julie A. Weis and Christopher T. Griffith. (Doc. 19.) It appears that Tyson A. McClean of Kris A. McClean Law Firm, PLLC, will serve as local counsel in this matter. (*Id.* at 2.) Weis and Griffith's applications (Docs. 19-1; 19-2) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d).

1

Accordingly, IT IS ORDERED that the motion (Doc. 19) is GRANTED on the condition that Griffith and Weis do their own work. This means that they must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally. Griffith and Weis shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Griffith and Weis file a separate pleading acknowledging their admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 9th day of December, 2025.

Dana L. Christensen, District Judge
United States District Court

2